In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-430 CV


____________________



IN RE HOWARD LEE GRANT






Original Proceeding






 MEMORANDUM OPINION 


 On October 5, 2006, Howard Lee Grant filed a petition for writ of mandamus in this
Court. See Tex. R. App. P. 52. The relator's petition collaterally attacks his conviction in
Cause No. 62503. Texas Code of Criminal Procedure Article 11.07 provides the exclusive
means to challenge a final felony conviction, and jurisdiction to grant post conviction habeas
corpus relief on a final felony conviction rests exclusively with the Court of Criminal
Appeals. Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.,
910 S.W.2d 481, 483 (Tex. Crim. App. 1995); Tex. Code Crim. Proc. Ann. art. 11.07, § 3
(Vernon 2005). The petition is denied.

 WRIT DENIED.

 PER CURIAM

Opinion Delivered October 19, 2006

Before McKeithen, C.J., Kreger and Gaultney, JJ.